# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    NO. 4:15CR00247-01 JLH

ANDREA REYES-LEON                                                                     DEFENDANT

## ORDER

Court convened for a scheduled change of plea hearing on this date. During the course of the hearing, the Court was informed that defendant's true name is Andrea Reyes-Leon. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Andrea Reyes-Leon.

IT IS SO ORDERED this 28th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE